IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| | Case No. 19-10724-SDB |
| THOMAS DAVID SCREWS, JR., | |
|     Debtor(s) | |
| v. | |
| FIRST STATE BANK, | |
|     Movant/Creditor | |

## WITHDRAWAL OF MOTION FOR RELIEF

COMES NOW, Movant, and hereby withdraws its Motion for Relief [Doc. No. 66] filed, 26th day of June, 2020 without prejudice.

Dated: July 31, 2020

PREPARED AND PRESENTED BY:

 /s/ Daniel L. Wilder
DANIEL L. WILDER
Bar No. 141448
544 Mulberry Street, Suite 800
Macon, GA 31201
Telephone: (478) 745-5415
Email: bkydept@goodmanlaw.org

<u>CERTIFICATE OF SERVICE</u>

I, Daniel L. Wilder, do certify that I have served the debtor(s), debtors'(s') attorney, and the Chapter 13 Trustee with a true and correct copy of the within and foregoing Notice of Withdrawal. Those not served by electronic means by the Court's electronic filing system have been served by depositing a copy of the same to each in the United States Mail in a properly addressed envelope with adequate postage thereon.

Mr. Thomas David Screws, Jr.
3077 Nelson Circle
Louisville GA 30434

Ms. Michon Danielle Walker
Attorney at Law
P.O.Box 64
Sandersville GA 31082

Ms. Huon Le
Chapter 13 Trustee
P. O. Box 2127
Augusta GA 30903

Dated: July 31, 2020.

/s/ Daniel L. Wilder
DANIEL L. WILDER

EMMETT L. GOODMAN, JR., LLC
544 Mulberry Street, Ste. 800
Macon, Georgia 31201
Telephone No. (478) 745-5415
Email: bkydept@goodmanlaw.org