## ARTHUR L. WALKER AND ASSOCIATES
ATTORNEYS AND COUNSELLORS
AT LAW

| REPLY TO: ☐ | REPLY TO: ☐ | REPLY TO: ☐ |
|---|---|---|
| 902 BELLEVUE AVENUE<br>DUBLIN, GEORGIA 31021<br>Phone No. 478-275-4574<br>FAX 478-552-0617 | 322 SOUTH HARRIS STREET<br>P. O. BOX 64<br>SANDERSVILLE, GEORGIA 31082<br>Phone No. 478-552-0552<br>FAX 478-552-0617 | 601 N. BELAIR OFFICE SQUARE<br>UNIT 23<br>EVANS, GEORGIA 30809<br>Phone No. 706-210-4355<br>FAX 478-552-0617 |

OF COUNSEL:
MICHON D. WALKER

November 20, 2020

Clerk, U.S. Bankruptcy Court
P.O. Box 1487
Augusta, GA 30903

RE:		Thomas David Screws, Jr.

Case No:	19-10724-SDB

Dear Chapter 13 Trustee:

Please be advised of debtor (Thomas David Screws, Jr.) new place of employment. Please send a salary deduction order to the following corporation:

> Battle Lumber Company
> 11261 Hwy. 1 South
> P. O. Box 1147
> Wadley, GA 30477

Thank you.

Sincerely,

s/Michon Walker

Michon Walker
MW/ao

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

**IN RE:**

| | | |
|---|---|---|
| **THOMAS DAVID SCREWS, JR.** | ) | **CHAPTER 13** |
| | ) | |
| **DEBTOR** | ) | **CASE NO: 19-10724-SDB** |

### CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing Notice of Change of Employment by electronic service to the Chapter 13 Trustee.

Electronically mailed to:

Chapter 13 Trustee, Huon Le
notices@chp13aug.org

This 20th day of November, 2020.

                                        s/Michon Walker
                                        Michon Walker
                                        GA Bar Number: 732413
                                        Arthur L. Walker and Associates, LLC
                                        P.O. Box 64
                                        Sandersville, GA 31082
                                        (478) 552-0552