# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  **Thomas D. Screws, Jr.**

Chapter **13**
Case No. **19-10724-SDB**

Debtor(s).

## MODIFICATION TO CHAPTER 13 PLAN AFTER CONFIRMATION

1. **Thomas D. Screws, Jr.**, the Proponent(s) of the modification, file(s) this motion to modify the plan confirmed previously in this case as follows:

    a. Increase payments as follows:   **$1,110.00 per month for the balance of the plan**

    b. Decrease payments as follows:

    c. Surrender of Collateral. The following collateral is surrendered to the creditor to satisfy the secured claim to the extent shown below upon confirmation of this proposed modification. The Proponent(s) request(s) that upon confirmation of the plan, as modified, the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under 11 U.S.C. § 1301 be terminated in all respects. Any allowed deficiency balance resulting from a creditor's disposition of the collateral will be treated as an unsecured claim in paragraph 4(h) of the plan if the creditor amends its previously-filed, timely claim within 180 days from the entry of the order confirming this proposed modification or by such additional time as the creditor may be granted upon motion filed within that 180-day period.

    | CREDITOR | DESCRIPTION OF COLLATERAL | AMOUNT OF CLAIM SATISFIED |
    |---|---|---|

    d. Other Provisions: **The dividend to the unsecured creditors shall be increased to $11,740.00.**

2. Proponent(s) assert(s) as the basis for the modification the following facts: **Office of the Chapter 13 Trustee requested an increase in dividend to $11,740.00 comprised of the current confirmed dividend to unsecured creditors in the amount of $8,315.00 plus $3,425.00 for the 2012 UTV Polaris.**

3. Except as provided herein, all terms of the plan as previously confirmed remain in full force and effect.

|  |  |
|---|---|
| 3/26/2021 | s/Thomas D. Screws, Jr. |
| Date | Proponent 1 |
|  | Proponent 2 |

# United States Bankruptcy Court
SOUTHERN DISTRICT OF GEORGIA

In the matter of:

Thomas D. Screws, Jr.

Debtor(s)

Chapter 13   Case No. 19-10724-SDB

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

Pursuant to 11 U.S.C. § 1329, a proposed modification to the plan has been filed in this case, as shown on the copy attached hereto.

This modification may result in a reduction of the dividend to unsecured creditors. Secured and priority creditors may also be affected.

"Any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provided for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection." 11 U.S. C. § 1323(c) (made applicable by § 1329(b)(1)).

If you have legal grounds to object to the modified plan, or if you wish the Court to consider your views on the plan, you must file a written objection to the modified plan with the Clerk of the Bankruptcy Court before the expiration of twenty-one (21) days from the date stated in the certificate of service, pursuant to Fed. R. Bankr. P. 3015(h).

If you mail your objection to the court, you must mail it early enough so that it will be received within the time referenced above.  You must also send a copy of your objection to the Proponent(s) of the modification.  If a timely objection is filed, you will receive notice of the date, time and place of a hearing.  If you or your attorney do not take these steps, the Court will decide that you do not oppose the modified plan and will enter an order confirming the plan as modified.

Date: 3/26/2021

s/Michon Walker
Attorney for Proponent(s) of Modification

Lucinda Rauback, Clerk
United States Bankruptcy Court
Southern District of Georgia

Revised 1/2/18

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| THOMAS D. SCREWS, JR. | ) | CASE NO: 19-10724-SDB |
| DEBTOR | ) | CHAPTER 13 |

### CERTIFICATE OF SERVICE

      This is to certify that I have this day served a copy of the foregoing Modification to Chapter 13 Plan After Confirmation, Notice of Modification of Plan After Confirmation, and Certificate of Service upon the debtor and all creditors by depositing copies of same in the U.S. Mail with sufficient postage affixed to insure proper delivery and to the Chapter 13 Trustee by electronic notice.

Huon Le, Chapter 13 Trustee
notices@chp13aug.org

See attached mailing matrix.

This 26th day of March, 2021.

                                                                                  s/Michon Walker
                                                                                 _____

                                                                  Michon Walker, Attorney for Debtor
                                                                  GA Bar No: 732413
                                                                  P.O. Box 64
                                                                  Arthur L. Walker & Associates, LLC
                                                                  Sandersville, GA 31082
                                                                  (478) 552-0552
                                                                  walkmd@comcast.net

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113J-1<br>Case 19-10724-SDB<br>Southern District of Georgia<br>Augusta<br>Fri Mar 26 12:27:46 EDT 2021 | Aaron's Rental<br>1490 North Columbia Street<br>Milledgeville, Georgia 31061-2309 | (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 |
| Capital One Bank<br>P. O. Box 30281<br>Salt Lake City, Utah 84130-0281 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Citizens Bank of the South<br>Attn: James Francis, Registered Agent<br>132 South Harris Street<br>Sandersville, Georgia 31082-1702 |
| Citizens Bank of the South<br>P. O. Box 836<br>Sandersville, Georgia 31082-0836 | Comenity/Capital Bank/Zale<br>P. O. Box 182120<br>Columbus, Ohio 43218-2120 | First State Bank<br>James H. Standard, Jr., Registered Agent<br>300 Broad Street<br>Wrens, Georgia 30833-1111 |
| First State Bank<br>P. O. Box 555<br>Wrens, Georgia 30833-0555 | Future Finance Company<br>214 Broad Street<br>Wrens, GA 30833-1109 | Future Finance, Inc.<br>P. O. Box 555<br>Wrens, GA 30833-0555 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Internal Revenue Service<br>401 West Peachtree Street, NW<br>Stop 334-D<br>Atlanta, Georgia 30308-3539 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, Pennsylvania 19101-7346 |
| Jefferson County Hospital<br>1067 Peachtree Street<br>Louisville, Georgia 30434-1599 | Jefferson County Tax Commissioner<br>P.O. Box 426<br>Louisville, Georgia 30434-0426 | Huon Le<br>P.O. Box 2127<br>Augusta, GA 30903-2127 |
| Office of the U. S. Trustee<br>Johnson Square Business Center<br>2 East Bryan Street, Ste 725<br>Savannah, GA 31401-2638 | Thomas David Screws, Jr.<br>3077 Nelson Circle<br>Louisville, GA 30434-3267 | Security Credit Services<br>306 Enterprise Drive<br>Oxford, Mississippi 38655-2762 |
| (p)TEMPOE  LLC DBA WHY NOT LEASE IT<br>ATTN BOB HOLWADEL<br>720 EAST PETE ROSE WAY SUITE 400<br>CINCINNATI OH 45202-3576 | United States Attorney<br>P.O. Box 2017<br>Augusta GA 30903-2017 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Michon D. Walker<br>Arthur L. Walker & Associates, LLC<br>P. O. Box 64<br>Sandersville, GA 31082-0064 | Michon Danielle Walker<br>Arthur L. Walker & Associates, LLC<br>P.O. Box 64<br>Sandersville, GA 31082-0064 | Daniel L Wilder<br>Emmett L. Goodman, Jr., LLC<br>544 Mulberry Street, Suite 800<br>Macon, GA 31201-2776 |
| Mark L. Wilhelmi<br>3527 Wheeler Road, Suite 401<br>Cadence Bank Building<br>Augusta, GA 30909-6718 | Wrens Finance<br>217 Broad Street, NE<br>Wrens, Georgia 30833-1110 | Wrens Finance<br>Attn:  Greg A. Holley, Registered Agent<br>217 Broad Street, NE<br>Wrens, Georgia 30833-1110 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

(d)Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

Georgia Department of Revenue
Compliance Division ARCS - Bankruptcy
1800 Century Blvd, N.E. Suite 9100
Atlanta, Georgia 30345-3205

Tempoe, LLC
1750 Elm Street, Suite 1200
Manchester, New Hampshire 03104


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)First State Bank

(d)Huon Le
P.O. Box 2127
Augusta, GA 30903-2127

End of Label Matrix
Mailable recipients    29
Bypassed recipients     2
Total                  31